EXHIBIT A



EXHIBIT B



EXHIBIT C

Join Prime

Scott's Amazon.com | Today's Deals | Gift Cards | Help

**Shop by Department**    **Search**    Home & Kitchen    govino    **Go**    Hello, **Scott**  
**Your Account**

**Kitchen & Dining**    Best Sellers    Cookware    Small Appliances    Kitchen Tools    Tabletop    Kitchen Knives    Bakeware    Gift Ideas    W





See all 2 customer images  
Share your own customer images

## Govino Wine Glass Flexible Shatterproof Recyclable, Set of 4
by Govino

(156 customer reviews) |  
(37)

List Price: ~~$20.10~~  
Price: **$12.95** & eligible for **FREE Super Saver Shipping** on orders over $25. Details  
You Save: $7.15 (36%)

**In Stock.**  
Sold by **WineStuff** and **Fulfilled by Amazon**. Gift-wrap available.

**Want it Monday, Feb. 25?** Order within **2 hrs 27 mins**, and choose **One-Day Shipping** at checkout. Details

- Unbreakable
- Made from food-safe polymer
- Can be recycled
- Ships next business day

Sign

The G  
$12.9  
Shippi

Wine  
$12.9  
Shippi

Good  
$12.9  
Shippi

17 ne  
from $

## Frequently Bought Together

 +  + 

Price for all three: **$51.80**

Show availability and shipping details

☑ **This item:** Govino Wine Glass Flexible Shatterproof Recyclable, Set of 4 by govino    $12.95  
☑ Govino Go Anywhere Champagne Flute, 8-Ounce, 4-Pack Tote by Govino    $12.95  
☑ Govino Shatterproof Stemless Wine Glasses - 8 Pack by Govino    $25.90

## Customers Who Bought This Item Also Bought



Govino Go Anywhere Champagne Flute, 8-Ounce, 4-Pack Tote  
(22)



Kikkerland Dapper 'Staches Silicone Drink Markers, Set of 6  
(35)



Platypus PlatyPreserve Wine Preservation System  
(21)



Govino Shatterproof Stemless Wine Glasses - 8 Pack  
(59)

Page 1 of 6

| $12.95 | $3.90 | $9.45 - $24.56 | $25.90 |

## Product Details

**Product Dimensions:** 4.4 x 3.3 x 4.4 inches ; 1 ounces

**Shipping Weight:** 1.8 pounds (View shipping rates and policies)

**ASIN:** B002WXSAT6

**Average Customer Review:**           (156 customer reviews)

**Amazon Best Sellers Rank:** #622 in Kitchen & Dining (See Top 100 in Kitchen & Dining)
     #1 in Kitchen & Dining > Glassware & Drinkware > Wine Glasses
     #11 in Kitchen & Dining > Wine Accessories
     #20 in Kitchen & Dining > Bar Tools & Glasses

Did we miss any relevant features for this product? **Tell us what we missed.**

Would you like to **give feedback on images** or **tell us about a lower price**?

## Product Description

govino really means go anywhere you like. This revolutionary vessel designed for the ultimate enjoyment works well for any cold beverage. The unique ergonomic thumb-notch makes wine swirling most simple and reuse them or even recycle them. Each box comes with a set of four crystal-clear shatterproof "glasses" per outâ€"at a picnic, an outdoor party, or at poolside. The govino wine "glass" is actually not glass at all. It is food-safe / pharmaceutical-grade polymer "aka" PETG, which reflects a wine's color and projects its aromat Best of all... once your vino is gone your govino can be reused or recycled. Reuse it, abuse it, but eventual the optimum wine tasting experience, replace your govino wine glasses after an extended period of use. In only! govino was designed for commercial use and can withstand most industrial glass sanitation systems ( degrees). Since domestic dishwashers are so widely varied, we cannot claim this product is 100% "dishwas 16oz.

## Customers Who Viewed This Item Also Viewed



WineTanium Stemless Wine Glass, Shatterproof, Reusable, Dishwasher Safe - Set of 4
           (45)
$19.99

Govino Shatterproof Stemless Wine Glasses - 8 Pack
           (59)
$25.90



Libbey Vina 12-Piece Stemless Red and White Wine Glasses in Clear
           (70)
$23.24



Govino Go Anywhere Champagne Flute, 8-Ounce, 4-Pack Tote
           (22)
$12.95

## Customer Reviews

           (156)

3.7 out of 5 stars

" *These are very lightweight and look like glass.* "

Jean E. Tate  |  24 reviewers made a similar statement

| 5 star | 72 |
| 4 star | 27 |
| 3 star | 14 |
| 2 star | 19 |

Page 2 of 6

Case 5:13-cv-00879-BLF    Document 37-1    Filed 10/18/13    Page 5 of 25
EXHIBIT C

1 star                                    24

See all 156 customer reviews

" *We use them as everyday wine glasses, but they are also especially great around th*

Alison | 40 reviewers made a similar statement

" *Not dishwasher safe.* "

Kristy | 12 reviewers made a similar statement

## Most Helpful Customer Reviews

57 of 58 people found the following review helpful
**Great wine "glasses"**  November 27, 2009
By Infowars.com
Amazon Verified Purchase

We puchased a set of these in Nantucket and had to have more when we returned home. With tile floors and a pool area, it is nice to have "glasses" that won't break. I would have given them 5 stars, but you have to hand wash. If you put them in the dishwasher they get a bit of a haze. If you wash them on a heated dry setting, they warp, so please just hand wash.

1 Comment | Was this review helpful to you?  [ Yes ]  [ No ]

34 of 36 people found the following review helpful
**SUPER!**  December 27, 2009
By A. Fugate
Amazon Verified Purchase

These glasses are not hard plastic, if that is what you are looking for. They have more flex and that is what makes them spectacular! Not to mention the thumb placement space. I love these glasses for outdoor and indoor use-really wonderful!

Comment | Was this review helpful to you?  [ Yes ]  [ No ]

23 of 24 people found the following review helpful
**Great pool wine glasses**  September 12, 2009
By K. Bolton
Amazon Verified Purchase

These high quality plastic wine glasses are substantial and ecological too! They're a great size, hold a "good" size glass of wine, wash up nicely, and have a nice thumb notch to make sweaty or sunscreen drenched hands grasp them easily. Wish they weren't quite so pricey but they are worth the money.

Comment | Was this review helpful to you?  [ Yes ]  [ No ]

› **See all 156 customer reviews (newest first)**

[ **Write a customer review** ]

### Most Recent Custom

**great for patio**
Lightweight, unbreakable,
dishwasher they would be
crystal and grab one of th
glass of wine.
Published 22 hours ago by R.

**Crystal Clear**
I love these glasses, I cou
lightweight, thin rim, just go
hardly tell they are plastic.
Published 1 day ago by ELMA

**Great wine fa**
My sister had a bunch of t
concerts. We like them be
egonomically designed, sh
hold more liquid. Read mo
Published 2 days ago by Philip

**My favorites...**
These are my favorite win
they are plastic, you do no
breaking them. They are a
great feature. Read more
Published 3 days ago by RavE

**Flexible wine**
Only rated them a 3 becau
PLASTIC wine glasses is
could not find any GLASS
feeble fingers. Read more
Published 5 days ago by Coni

**More like fanc**
Yeah, I was totally fooled-
but all it is is a fancy plast
they got me but don't get s
Published 5 days ago by Matth

### Very nice!
These glasses are plastic and flexible but they look just like glass! They also look like someone just snapped the stem off a wine glass.
Read more
Published 16 days ago by Michelle

### Perfect for the pool or camping!
These are perfect for camping or for the pool! nice and thin like glass but not breakable...haven't tried putting them in the dishwasher because the plastic is so thin i'm afraid... Read more
Published 18 days ago by M. Hilden

### Great glasses!
I love having these glasses. Originally only purchased one box but have since bought another! We use them as everyday wine glasses, but they are also especially great around the... Read more
Published 20 days ago by Alison

### Best plastic wine glasses on the market
A must-buy for anyone who enjoys wine:
- outdoors
- with kids around
- if you're clumsy
- uses a dishwasher
- just wants a simple, cheap good glass
Published 21 days ago by Jacedo

**Search Customer Reviews**

[                    ] [ Go ]

☑ Only search this product's reviews

---

## Customer Questions & Answers

Page 4 of 6

EXHIBIT C

[                                                              ]  [ Ask ]

**How many ounces will this wine gass hold?**

Hi -- The description for the item as well as the box states it will hold 16 oz.

1 day ago by RavEve  |  See all 8 answers

**size**

Pretty standard, and fit in my hand perfectly :)

14 days ago by Melissa  |  See all 12 answers

**See all 2 questions**

**Related Forums:** car electronics forum | Cooking forum | Sell Your iPhone forum

---

## Look for Similar Items by Category

Home & Kitchen  >  Kitchen & Dining  >  Glassware & Drinkware  >  Wine Glasses

**Want to discover more products?** You may find many from plastic glasses shopping guide.

---

## Feedback

▸ If you need help or have a question for Customer Service, **contact us**.
▸ Would you like to **give feedback on images** or **tell us about a lower price**?
▸ Is there any other feedback you would like to provide? **Click here**

---

WineStuff Privacy Statement          WineStuff Shipping Information          WineStuff Returns & Exchanges

---

## Your Recent History (What's this?)

**Recently Viewed Items**


Stained Glass Cool Medium Sea...
TEP CERAMICS


The Knockoff Economy: How...
Kal Raustiala
Hardcover


Microsoft Windows 7 Home...
Microsoft Software

**Continue Shopping:** Customers Who Bought Items in Your Recent History Also Bought



Chemex Coffee Filters - 100...

(88)

Page 1 of 17

Page 5 of 6

EXHIBIT C

Kingston HyperX 3K
120 GB SATA...
Kingston

$12.99
Fix this recommendation

› **View and Edit Your Browsing History**

**Get to Know Us**

Careers

Investor Relations

Press Releases

Amazon and Our Planet

Amazon in the Community

**Make Money with Us**

Sell on Amazon

Become an Affiliate

Advertise Your Products

Independently Publish with Us

› See all

**Let Us Help You**

Your Account

Shipping Rates & Policies

Amazon Prime

Returns Are Easy

Manage Your Kindle

Help



Brazil   Canada   China   France   Germany   Italy   Japan   Spain   United Kingdom

AbeBooks
Rare Books
& Textbooks

AfterSchool.com
Kids' Sports, Footwear,
Dance & Crafts

AmazonFresh
Groceries & More
Right To Your Door

AmazonLocal
Great Local Deals
in Your City

AmazonSupply
Business, Industrial
& Scientific Supplies

AmazonWebServices
Scalable
Cloud Services

AmazonWireless
Cellphones &
Wireless Plans

Askville
Community
Answers

Audible
Download
Audio Books

BeautyBar.com
Prestige Beauty
Delivered

Book Depository
Books With Free
Delivery Worldwide

Bookworm.com
Books For Children
Of All Ages

Casa.com
Kitchen, Storage
& Everything Home

CreateSpace
Indie Publishing
Made Easy

Diapers.com
Everything
But The Baby

DPReview
Digital
Photography

Fabric
Sewing, Quilting
& Knitting

IMDb
Movies, TV
& Celebrities

Junglee.com
Shop Online
in India

MYHABIT
Private Fashion
Designer Sales

Shopbop
Designer
Fashion Brands

Soap.com
Health, Beauty &
Home Essentials

Vine.com
Everything
to Live Life Green

Wag.com
Everything
For Your Pet

Warehouse Deals
Open-Box
Discounts

Woot
Never Gonna
Give You Up

Yoyo.com
A Happy Place
To Shop For Toys

Zappos
Shoes &
Clothing

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2013, Amazon.com, Inc. or its affiliates

Amazon.com: govino Shatterproof Stemless Wine Glasses - 12 Pack: Kitc...     http://www.amazon.com/govino-Shatterproof-Stemless-Wine-Glasses/dp...

Join Prime

Scott's Amazon.com | Today's Deals | Gift Cards | Help

Shop by **Department**     **Search** Home & Kitchen     **Go**     Hello, **Scott**
**Your Account**

**Kitchen & Dining**   Best Sellers   Cookware   Small Appliances   Kitchen Tools   Tabletop   Kitchen Knives   Bakeware   Gift Ideas   W





Share your own customer images

## govino Shatterproof Stemless Wine Glasses - 12 Pack
by govino

(30 customer reviews) |
(11)

Price: **$38.85** & eligible for **FREE Super Saver Shipping**. Details

**In Stock.**
Sold by **Healthy Home and Kitchen** and **Fulfilled by Amazon**.

**Want it Monday, Feb. 25?** Order within **2 hrs 42 mins**, and choose **One-Day Shipping** at checkout. Details

- Shatterproof
- Reusable and recyclable
- Look and perform like crystal
- Ergonomic thumb notch
- Shrink-wrapped, economical set of 12

Good
$38.8
**Shippi**

Wine$
$38.8

Bette
Onlin
$41.8

4 new

## Frequently Bought Together

 +  + 

**Price for all three: $77.70**

Show availability and shipping details

☑ **This item:** govino Shatterproof Stemless Wine Glasses - 12 Pack by govino   $38.85
☑ Govino Flexible Shatterproof Stemless Champagne Flute Wine Glasses - 8 Pack by Govino   $25.90
☑ Govino Go Anywhere Champagne Flute, 8-Ounce, 4-Pack Tote by Govino   $12.95

## Customers Who Bought This Item Also Bought

   

Govino Flexible Shatterproof Stemless Champagne Flute Wine Glasses - 8 Pack
(7)
$25.90

Govino Go Anywhere Champagne Flute, 8-Ounce, 4-Pack Tote
(22)
$12.95

Govino Shatterproof Stemless Wine Glasses - 8 Pack
(59)
$25.90

Govino Wine Glass Flexible Shatterproof Recyclable, Set of 4
(156)
$12.95

Page 1 of 5

## Product Details

**Shipping Weight:** 2 pounds (View shipping rates and policies)

**ASIN:** B0035295XI

**Average Customer Review:**              (30 customer reviews)

**Amazon Best Sellers Rank:** #6,825 in Kitchen & Dining (See Top 100 in Kitchen & Dining)
    #5 in Kitchen & Dining > Glassware & Drinkware > **Goblets & Chalices**
    #41 in Kitchen & Dining > Glassware & Drinkware > **Wine Glasses**

Did we miss any relevant features for this product? **Tell us what we missed.**

Would you like to **give feedback on images** or **tell us about a lower price**?

## Product Description

No more shattering wine glasses at parties or picnics, or drinking good wine from plastic cups! Govino wine
proprietary, food-safe, pharmaceutical-grade polymer, so they are shatterproof yet still reflect a wine's colo
like crystal. The handy thumb notch on one side makes it easy to swirl and sip without losing your grip. Be
is gone your govino can be reused or recycled. Reuse it, abuse it, but eventually recycle it! Important note
dishwasher safe. Please hand wash only. Hold 6 ounces up to the mid point of the thumb notch; 16 ounces
wide, 4.4" high, 2.5" mouth.

## Customers Who Viewed This Item Also Viewed



Govino Wine Glass Flexible
Shatterproof Recyclable, Set
of 4
            (156)
$12.95



Govino Shatterproof Stemless
Wine Glasses - 8 Pack
            (59)
$25.90



Libbey Vina 12-Piece
Stemless Red and White
Wine Glasses in Clear
            (70)
$23.24



WineTanium Stemless Wine
Glass, Shatterproof,
Reusable, Dishwasher Safe
Set of 4
            (45)
$19.99

## Customer Reviews

                    (30)
3.8 out of 5 stars

5 star        13
4 star         7
3 star         4
2 star         4
1 star         2

See all 30 customer reviews

" *These glasses feel great in your hand and are a perfect size.* "

Ms. Lis  |  3 reviewers made a similar statement

" *These plastic wine "glasses" have an indention that makes them perfect for small ha
mine that have a hard time holding on to other stemless glasses.* "

Cathi  |  3 reviewers made a similar statement

" *Disappointed in the quality...thought I was getting acrylic for use onboard, but thes
flimsy plastic disposable.* "

VABGirl  |  2 reviewers made a similar statement

## Most Helpful Customer Reviews

Page 2 of 5

8 of 8 people found the following review helpful

### Finally. A simple, elegant, plastic wineglass  August 31, 2010

By A. Andrews

Experienced this wine glass at an event in Napa Valley last weekend. It was the first plastic wineglass I've ever used that didn't detract from my wine drinking experience. Although, now I'm regretting not taking my "govino" home instead of recycling it at the event -- they are pricey, and should be treated as multi-use, not single-use, for those occasions where glass is just too dangerous/risky.

Comment  |  Was this review helpful to you?    Yes    No

6 of 6 people found the following review helpful

### These were a hit at our party!  June 20, 2010

By MusicMama

These glasses are great! Yes they are thin, but who wants to sip wine out of a thick rimmed glass, even if it is plastic! They're perfect for a crowd, especially when everyone is having a good time. If a glass is dropped, oh well! They feel nice in your hand and sure beat a sleeve of ugly cheap glasses. Highly recommend!!

Comment  |  Was this review helpful to you?    Yes    No

5 of 6 people found the following review helpful

### Great glass for picnics, camping - don't put in dishwasher!

October 20, 2010

By A. Mountz

These glasses are great for picnicking, camping, and any use where you want to drink wine, but don't want to risk nice glasses. We took them to the beach with us last weekend! The thumb notch is in the perfect place to hold. They're a thin recyclable plastic and slightly squishy, but they definitely hold up well enough to drink from and reuse. Just a warning, they are only guaranteed up to 160 degree temps, and apparently our kenmore elite dishwasher runs hotter than that. We chanced one cup in the dishwasher and melted it into a weird shape. Luckily with some boiling hot water we were able to reshape it later. It's not perfect, but its still usable.

Comment  |  Was this review helpful to you?    Yes    No

› See all 30 customer reviews (newest first)

Write a customer review

---

**Most Recent Custom**

### Flimsy

These were bought for the
are flimsy and cheap feeli
flexible. They appear more
Published 6 hours ago by free

### govino Shatt
**Wine Glasses - 12 Pack**
govino Shatterproof Steml
Pack. I love using these o
because I worry about gla
Published 1 month ago by me

### Disappointed

I ordered these for gift bas
for my married nieces and
movies, games, wine, etc
couple of glasses in each
Published 1 month ago by just

### Great for the
I have these in my manca
has a concrete floor. Ther
to hold and don't break if y
Read more
Published 2 months ago by Sp

### Flimsy
They're made of very soft
probably not last long. I do
because it was stated tha
Read more
Published 2 months ago by Ka

### My wife drinks
She LOVES these! I don't
anywhere without them at
break. They are light. Rea
Published 3 months ago by Bla

### Review
Product was as described
on time or within the prom
satisfied with my purchase
Published 3 months ago by Ale

### Love these glasses!

These are so chic for a summer deck party. Much better than plastic. Only complaint is some folks didn't realize they were resuable and tossed them in the trash. Read more

Published 4 months ago by Heather F. Nordloh

### great tumblers

what a great product-who would have thought just a simple indentation could make such a difference in a "plastic" glass-so easy to hold even when sweaty-wish i'd invented this!

Published 4 months ago by gracie

### Not worth the price

Great concept - good shape & size, I like the thumb grip. However, the plastic is extremely thin - more similar to a disposable cup rather than typical reusable plastic glasses. Read more

Published 5 months ago by DHH

## Search Customer Reviews

|  | Go |

☑ Only search this product's reviews

## Customer Questions & Answers

## Look for Similar Items by Category

Home & Kitchen  >  Kitchen & Dining  >  Glassware & Drinkware  >  Goblets & Chalices

Home & Kitchen  >  Kitchen & Dining  >  Glassware & Drinkware  >  Wine Glasses

## Feedback

▸ If you need help or have a question for Customer Service, **contact us**.

▸ Would you like to **give feedback on images** or **tell us about a lower price**?

▸ Is there any other feedback you would like to provide? **Click here**

Healthy Home and Kitchen Privacy Statement

Healthy Home and Kitchen Shipping Information

Healthy Home and Kitchen Returns & Exchanges

## Your Recent History (What's this?)



Loading..

**Get to Know Us**

Careers

Investor Relations

Press Releases

Amazon and Our Planet

Amazon in the Community

**Make Money with Us**

Sell on Amazon

Become an Affiliate

Advertise Your Products

Independently Publish with Us

› See all

**Let Us Help You**

Your Account

Shipping Rates & Policies

Amazon Prime

Returns Are Easy

Manage Your Kindle

Help

amazon.com

Brazil    Canada    China    France    Germany    Italy    Japan    Spain    United Kingdom

AbeBooks
Rare Books
& Textbooks

AfterSchool.com
Kids' Sports, Footwear,
Dance & Crafts

AmazonFresh
Groceries & More
Right To Your Door

AmazonLocal
Great Local Deals
in Your City

AmazonSupply
Business, Industrial
& Scientific Supplies

AmazonWebServices
Scalable
Cloud Services

AmazonWireless
Cellphones &
Wireless Plans

Askville
Community
Answers

Audible
Download
Audio Books

BeautyBar.com
Prestige Beauty
Delivered

Book Depository
Books With Free
Delivery Worldwide

Bookworm.com
Books For Children
Of All Ages

Casa.com
Kitchen, Storage
& Everything Home

CreateSpace
Indie Publishing
Made Easy

Diapers.com
Everything
But The Baby

DPReview
Digital
Photography

Fabric
Sewing, Quilting
& Knitting

IMDb
Movies, TV
& Celebrities

Junglee.com
Shop Online
in India

MYHABIT
Private Fashion
Designer Sales

Shopbop
Designer
Fashion Brands

Soap.com
Health, Beauty &
Home Essentials

Vine.com
Everything
to Live Life Green

Wag.com
Everything
For Your Pet

Warehouse Deals
Open-Box
Discounts

Woot
Never Gonna
Give You Up

Yoyo.com
A Happy Place
To Shop For Toys

Zappos
Shoes &
Clothing

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2013, Amazon.com, Inc. or its affiliates

Join Prime

Scott's Amazon.com | Today's Deals | Gift Cards | Help

Shop by **Department**     **Search**   Home & Kitchen          **Go**     Hello, **Scott**
**Your Account**

**Kitchen & Dining**   Best Sellers   Cookware   Small Appliances   Kitchen Tools   Tabletop   Kitchen Knives   Bakeware   Gift Ideas   W





## Govino Shatterproof Stemless Wine Glasses - 8 Pack
by Govino

(59 customer reviews) |
(14)

Price: **$25.90** & eligible for **FREE Super Saver Shipping.** Details

**In Stock.**
Sold by **WineStuff** and **Fulfilled by Amazon**.

- Flexible
- Unbreakable
- Reusable and recyclable
- Look and perform like crystal
- Ergonomic thumb notch
- Economical set of eight

Good
$25.9
Shippi

Healtl
Kitche
$25.9
Shippi

8 new

Share your own customer images

## Frequently Bought Together

 +  +      **Price for all three: $51.80**

Show availability and shipping details

☑ **This item:** Govino Shatterproof Stemless Wine Glasses - 8 Pack by Govino   **$25.90**
☑ Govino Go Anywhere Champagne Flute, 8-Ounce, 4-Pack Tote by Govino   **$12.95**
☑ Govino Wine Glass Flexible Shatterproof Recyclable, Set of 4 by govino   **$12.95**

## Customers Who Bought This Item Also Bought

   

Govino Flexible Shatterproof Stemless Champagne Flute Wine Glasses - 8 Pack
(7)
$25.90

Govino Go Anywhere Champagne Flute, 8-Ounce, 4-Pack Tote
(22)
$12.95

Govino Wine Glass Flexible Shatterproof Recyclable, Set of 4
(156)
$12.95

govino Shatterproof Stemless Wine Glasses - 12 Pack
(30)
$38.85

Page 1 of 5

## Product Details

**Shipping Weight:** 1.6 pounds (View shipping rates and policies)

**ASIN:** B002FOFFW2

**Average Customer Review:**         (59 customer reviews)

**Amazon Best Sellers Rank:** #2,582 in Kitchen & Dining (See Top 100 in Kitchen & Dining)
      #12 in Kitchen & Dining > Glassware & Drinkware > Wine Glasses
      #53 in Kitchen & Dining > Wine Accessories

Did we miss any relevant features for this product? **Tell us what we missed.**

Would you like to **give feedback on images** or **tell us about a lower price**?

## Product Description

govino really means go anywhere you like. This revolutionary vessel designed for the ultimate enjoyment
works well for any cold beverage. The unique ergonomic thumb-notch makes wine swirling most simple and
reuse them or even recycle them. Each box comes with a set of four crystal-clear shatterproof "glasses" pe
at a picnic, an outdoor party, or at poolside. The govino wine "glass" is actually not glass at all. It is made f
food-safe / pharmaceutical-grade polymer "aka" PETG, which reflects a wine's color and projects its aromat
Best of all... once your vino is gone your govino can be reused or recycled. Reuse it, abuse it, but eventual
the optimum wine tasting experience, replace your govino wine glasses after an extended period of use. In
only! govino was designed for commercial use and can withstand most industrial glass sanitation systems (
degrees). Since domestic dishwashers are so widely varied, we cannot claim this product is 100% "dishwas
16oz.

## Customers Who Viewed This Item Also Viewed



Govino Wine Glass Flexible
Shatterproof Recyclable, Set
of 4
               (156)
$12.95



Libbey Vina 12-Piece
Stemless Red and White
Wine Glasses in Clear
               (70)
$23.24



WineTanium Stemless Wine
Glass, Shatterproof,
Reusable, Dishwasher Safe -
Set of 4
               (45)
$19.99



govino Shatterproof Stemles
Wine Glasses - 12 Pack
               (30)
$38.85

## Customer Reviews

                    (59)
3.5 out of 5 stars

| | |
|---|---|
| 5 star | 26 |
| 4 star | 10 |
| 3 star | 4 |
| 2 star | 8 |
| 1 star | 11 |

See all 59 customer reviews

" *It's such a clear plastic that it really does look like glass when it's setting on the tab*
      HV | 4 reviewers made a similar statement

" *I'm shopping for replacements today but will never but a Govino product again.* "
      thetravelczarina

" *They are great for every day wine drinking and really handy for picnics, festivals,
etc.* "

EXHIBIT E

Bob Ryland  |  6 reviewers made a similar statement

## Most Helpful Customer Reviews

9 of 9 people found the following review helpful

**Govino Shatterproof Stemless Wine Glasses**  September 24, 2011

By KB
*Amazon Verified Purchase*

Worth the price. Best looking nonglass wine glasses you can find. I purchased for use inside or outside, just for extra glasses. I have every kind of wine glass possible, but for those evenings when your friends are inside and outside and there is a lot of activity, they are perfect. Especially for our cabin, since we entertain a lot.

They feel like glass and are not too flimsy like some reviews. Come on it's plastic and trendy too.

The weekend I bought them, saw them in an expensive home decor store, smile.

What I like most, the design. If Napa Style sells this glass design, their HOT.

The glass is 4.5" tall. Good size...

Comment  |  **Was this review helpful to you?**  Yes   No

---

5 of 5 people found the following review helpful

**Surprising clarity for plastic......**  July 9, 2011

By LennyG
*Amazon Verified Purchase*

Saw these while visiting friends and was surprised when I realized there were not glass. The clarity is great for plastic. Yes, they are rather thin and flexible, but the thickness seems comparable to that of crystal wine glasses. Makes a great shatterproof rocks glass as well.

1 Comment  |  **Was this review helpful to you?**  Yes   No

---

4 of 4 people found the following review helpful

**Fantastic Innovation**  August 3, 2011

By Fab in NYC

I attended a wine tasting where the proprietor used (and carried for purchase) Govino wine glasses and I fell so in love with the weightless grip and the ease of drinking from them that I asked if I could take mine home, assuming that they were disposable. He said that those were his and I ended up buying a set and I cannot say enough good things about these glasses. They are there when I run out of the "nice" wine glasses when company is over, they are the perfect shape and weight and very stable when set down, and they make the PERFECT beach or picnic glasses because they weigh nothing. You can set one down in the sand and take off and even if it falls over (unless it is very full) nothing will spill out! I would have to say that anyone who finds this a "cheap" or "low quality" product really does not have a clue. I

---

### Most Recent Custom[er]

**Simply Great**

Need a reusable, unbreak[able]
your patio, party, boat, or
taste good? Read more

Published 6 days ago by Dulci[...]

**Good but not**

These glasses travel well
thumb is clever.
However we were hoping
style" that would be good [...]
Read more

Published 11 days ago by Liz [...]

**Not what I wa[s]**

They would be perfect for
but I had planned on using
and they are definitely not
Published 12 days ago by Sue

**Sent them ba[ck]**

All it took was to hold one
the box. They are flimsy a[nd]
Read more

Published 28 days ago by D. [...]

**Not quite wha[t]**

Good for an informal party
happy. However, I prefer t[...]
bought off the shelf.
Published 1 month ago by Lela[...]

**Great glasses**

I liked these glasses so m[uch]
for Christmas gifts. They a[...]
around the pool where gla[...]
Read more

Published 1 month ago by pj

**Cute gift for w[...]**

Bought two sets of these a[...]
Christmas. Great for peop[le]
need something that isn't g[...]
can be recycled! Read mo[re]
Published 1 month ago by San[...]

Page 3 of 5

EXHIBIT E

have had the same set of four for at least six months and they are still in great shape!
(I know I'm going to have to give in and buy more eventually because the Govino
glass is one of my absolute favorite things ever!)

Comment  |  **Was this review helpful to you?**  Yes   No

› **See all 59 customer reviews (newest first)**

Write a customer review

**Grabs ya!**

This set repreesented the
set. I think the larger wine
a better purchase, more v

Read more

Published 1 month ago by KH

**B!**

I purchased these glasses
tasting. I was very impress
as there is definitely som
has to drink wine out of a

Published 1 month ago by Lind

**Wine in plasti**

There's something about c
plastic glass....takes away
plastic is thin but almost c
Plan to use on the boat th

Published 1 month ago by Bar

**Search Customer Revie**

☑ Only search this product's revie

## Customer Questions & Answers

## Look for Similar Items by Category

Home & Kitchen  >  Kitchen & Dining  >  Glassware & Drinkware  >  Wine Glasses

## Feedback

▸ If you need help or have a question for Customer Service, **contact us**.

▸ Would you like to **give feedback on images** or **tell us about a lower price**?

▸ Is there any other feedback you would like to provide? **Click here**

WineStuff Privacy Statement        WineStuff Shipping Information        WineStuff Returns & Exchanges

## Your Recent History (What's this?)

Page 4 of 5

EXHIBIT E



Loading

**Get to Know Us**

Careers

Investor Relations

Press Releases

Amazon and Our Planet

Amazon in the Community

**Make Money with Us**

Sell on Amazon

Become an Affiliate

Advertise Your Products

Independently Publish with Us

› See all

**Let Us Help You**

Your Account

Shipping Rates & Policies

Amazon Prime

Returns Are Easy

Manage Your Kindle

Help

**AMAZON**.COM

Brazil    Canada    China    France    Germany    Italy    Japan    Spain    United Kingdom

AbeBooks
Rare Books
& Textbooks

AfterSchool.com
Kids' Sports, Footwear,
Dance & Crafts

AmazonFresh
Groceries & More
Right To Your Door

AmazonLocal
Great Local Deals
in Your City

AmazonSupply
Business, Industrial
& Scientific Supplies

AmazonWebServices
Scalable
Cloud Services

AmazonWireless
Cellphones &
Wireless Plans

Askville
Community
Answers

Audible
Download
Audio Books

BeautyBar.com
Prestige Beauty
Delivered

Book Depository
Books With Free
Delivery Worldwide

Bookworm.com
Books For Children
Of All Ages

Casa.com
Kitchen, Storage
& Everything Home

CreateSpace
Indie Publishing
Made Easy

Diapers.com
Everything
But The Baby

DPReview
Digital
Photography

Fabric
Sewing, Quilting
& Knitting

IMDb
Movies, TV
& Celebrities

Junglee.com
Shop Online
in India

MYHABIT
Private Fashion
Designer Sales

Shopbop
Designer
Fashion Brands

Soap.com
Health, Beauty &
Home Essentials

Vine.com
Everything
to Live Life Green

Wag.com
Everything
For Your Pet

Warehouse Deals
Open-Box
Discounts

Woot
Never Gonna
Give You Up

Yoyo.com
A Happy Place
To Shop For Toys

Zappos
Shoes &
Clothing

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2013, Amazon.com, Inc. or its affiliates

US00D577547S

(12) **United States Design Patent**
    Willat et al.

(10) **Patent No.:**       **US D577,547 S**

(45) **Date of Patent:**   ** **Sep. 30, 2008**

(54) **WINE GLASS**

(75) Inventors: **Boyd I. Willat**, Los Angeles, CA (US);
                **Joseph T. Perrulli**, St. Helena, CA (US);
                **Paul H. Velick**, Santa Monica, CA (US);
                **Gary D. Delgado**, New York, NY (US)

(73) Assignee: **By the Glass, LLC**, Los Angeles, CA
               (US)

(**) Term:    **14 Years**

(21) Appl. No.: **29/297,011**

(22) Filed:   **Nov. 1, 2007**

(51) **LOC (8) Cl.** .................................................. **07-01**
(52) **U.S. Cl.** ......................................... **D7/523**; D7/509
(58) **Field of Classification Search** ................. D7/500,
        D7/509, 523–525, 531, 535, 537, 558;  D9/500,
        D9/506, 522;  62/457.3;  215/374, 387, 12.1,
        215/6, DIG. 7;  220/703.606, 592.16, 592.17;
        229/400;  D11/153;  D26/9;  431/291
        See application file for complete search history.

(56)          **References Cited**

         U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D4,225 | S | * | 7/1870 | Atterbury et al. ............ | D9/500 |
| 3,730,385 | A | * | 5/1973 | Rost ............................ | 206/520 |
| D240,285 | S | * | 6/1976 | Tapani-Sarpaneva ....... | D7/509 |
| D240,286 | S | * | 6/1976 | Tapani-Sarpaneva ....... | D7/509 |
| 5,868,272 | A | * | 2/1999 | Deal .......................... | 220/669 |
| D438,430 | S | * | 3/2001 | Gabrhel ....................... | D7/523 |

| | | | | | |
|---|---|---|---|---|---|
| D512,271 | S | * | 12/2005 | Festa .......................... | D7/537 |
| D519,320 | S | * | 4/2006 | Festa .......................... | D7/509 |
| D519,785 | S | * | 5/2006 | Bodum ....................... | D7/523 |
| D541,108 | S | * | 4/2007 | Wang et al. ................. | D7/523 |
| D550,034 | S | * | 9/2007 | Bodum ....................... | D7/509 |
| D553,909 | S | * | 10/2007 | Bodum ....................... | D7/523 |
| 2006/0249518 | A1 | * | 11/2006 | Festa .......................... | 220/669 |

* cited by examiner

*Primary Examiner*—Philip Hyder
*Assistant Examiner*—Cynthia Underwood
(74) *Attorney, Agent, or Firm*—Kelly Lowry & Kelley, LLP;
Stuart O. Lowry

(57)              **CLAIM**

The ornamental design for a wine glass, as shown.

              **DESCRIPTION**

FIG. **1** is a perspective view showing the front, left and top
sides of a wine glass embodying the new design;

FIG. **2** is a front elevation view thereof;

FIG. **3** is a left side elevation view thereof, the right side being
a mirror image of the left side as shown;

FIG. **4** is a rear elevation view thereof;

FIG. **5** is a top plan view thereof;

FIG. **6** is a bottom plan view thereof; and,

FIG. **7** is a vertical sectional view taken along line **4—4** of
FIG. **4**.

**1 Claim, 2 Drawing Sheets**



**U.S. Patent**          Sep. 30, 2008          Sheet 1 of 2          US D577,547 S



FIG. 1



FIG. 2



FIG. 3

**U.S. Patent**      Sep. 30, 2008      Sheet 2 of 2      **US D577,547 S**



FIG. 4

FIG. 5

FIG. 6

FIG. 7

EXHIBIT G



EXHIBIT H



EXHIBIT 1



EXHIBIT J

