EXHIBIT K





Blog    Contact IHA    Site Map

SHOW    MEMBERS    KNOWLEDGE CENTER    PRESS    HOUSEWARES CONNECT 365

site search    

LOGIN    CREATE BRIEFCASE

Add to Briefcase

# Franmara

**FRANMARA®**

Booth#:  **S2478**

Category: **gourmet food + specialty products**

560 Work St
Salinas CA 93901-4350

**Phone:** (831)422-4000
**Fax:** (831)422-7000
**TollFree:** (800)423-5855

www.franmara.com
Email general company email

| Public Relations/ | US Contact | Non-US Contact | Specialty Retailer Sales |
| Communications Mgr. | Frank Chiorazzi | Frank Chiorazzi | Contact |
| Frank Chiorazzi | | | Joann Salcedo |

Franmara offers the most comprehensive line of wine and bar accessories in
the USA. We carry over ... more



**Photo Description:**
Wine and Cheese Set

photos

    

Products    Catalogs    Brands

Products: click any product to find companies with similar products

- Acrylicware
- Bags
- Bamboo Products
- Bar Accessories
- Bar Beverage Preservers
- Bar Drinkware

- Cutting Boards
- Digital Thermometers
- Gift Packs & Baskets
- Giftware
- Glassware
  (Drinkware/Serveware)
- Stainless Steel Accessories

- Salt & Pepper Shakers
- Serving & Buffet
  Accessories
- Serving Bowls
- Spice Mills

## Exhibitor + Events Search

Featured Housewares Show Categories
Pet Supplies
Made in the USA

Choose Your Search Type:
Keyword

Keyword:
franmara

Search

View Floorplans by Building:
Lakeside | Front of North
Back of North | South

Printable Exhibitor List:
All 2013 Exhibitors with Booth#'s
(pdf)
Exhibitor List by Category (pdf)

EXHIBIT L

© International Housewares Association   Privacy and Legal

- Bar Gadgets
- Beverage Carafes
- Beverages
- Bottle Openers
- Can Openers (Non-electric)
- Cheese Knives
- Cheese Tools
- Closeouts
- Cocktail Shakers
- Coolers
- Corkscrews

- Gourmet Products
- Holloware
- Ice Buckets
- Kitchen Accessories
- Kitchen Tools & Gadgets
- Lemon Squeezers
- Nutcrackers
- Party Products
- Peppermills
- Picnic Accessories
- Plastic Plates
- Racks

- Stainless Steel Holloware
- Tabletop
- Tongs
- Trays
- Wine Accessories
- Wine Aerator
- Wine Cellars
- Wine Coolers
- Wine Making Kits
- Wine Racks
- Wine Totes

Catalogs:



View Catalog >

**Brands:**

- Boomerang
- Bordex Wine Racks
- Brix Chocolate
- Capitano
- Cedon
- Chateau Laguiole
- Cheese
- Cheese Accessories
- Clef du Vin
- Decantus
- Decantus

- Decantus Aero
- Decantus-To-Go
- Dion
- Franmara
- Hugger
- Mr. Boston
- Murano
- Posi-Pour
- Power Tower
- PrestoVino
- Pulltap's

- Pulltaps
- Selection Pourer
- Sure Shot
- SwiftPull
- Vacu Vin
- Wine Aerator
- Wine Away
- Wine Bottle Trolley
- Wine Lover's Chocolates
- Wine Yoke

Page 2 of 2

EXHIBIT M

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| VINUM CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 11-cv-6996 |
| v. | ) | |
| | ) | |
| FRANMARA, INC., | ) | |
| | ) | Jury Trial Demanded |
| Defendant. | ) | |

## COMPLAINT

Plaintiff Vinum Corporation ("Vinum" or "Plaintiff"), by its attorneys, and for its

Complaint against Defendant Franmara, Inc. ("Franmara" or "Defendant"), states and alleges as

follows:

## PARTIES, JURISDICTION AND VENUE

1.  Vinum is an Illinois corporation with its principal place of business located in Oak

Brook, Illinois.

2.  Franmara is a California corporation with its principal place of business located in

Salinas, California.

3.  This is a civil action arising from Franmara's infringement of Vinum's trade dress

and design patent.  The claims asserted herein arise under the Lanham Act, 15 U.S.C. § 1051, *et

seq.* and the Patent Act, 35 U.S.C. § 271, *et seq.*

4.  This Court has jurisdiction over the subject matter of this action pursuant to 15 U.S.C.

§ 1121 and 28 U.S.C. §§ 1331 and 1338.  In addition, because the matter in controversy exceeds

$75,000, exclusive of interest and costs, and is between a citizen of a state and a citizen of

another state, this Court also has jurisdiction under 28 U.S.C. § 1332.

5.   This Court has personal jurisdiction over Franmara by virtue of its commission of tortious acts within the State of Illinois and this District, its transaction of business within the State of Illinois and this District.  The infringing products are available for sale, and have been sold, in this District.

## BACKGROUND

6.   Vinum is a small family owned company based in Oak Brook, Illinois.  The HALEY'S CORKER® product is a unique device originally designed for use with wine bottles after they are opened.  It functions as an aerator, filter, pourer, re-corker and stopper, all designed into one unit.  While the HALEY'S CORKER® offers so many features in one product, it is also visually unique.  A version of the HALEY'S CORKER® product is pictured below.



7.   In addition to use for wine bottles, the HALEY'S CORKER® product may be used for bottles containing a variety of other products, including without limitation, olive oils, vinegars, cordials, liquors, single malt scotch and beer.

8.   To achieve the highest quality and customer satisfaction, Vinum uses a pharmaceutical grade material to make the HALEY'S CORKER® product.

9.   Recognizing the uniqueness of what he created, the inventor of the HALEY'S CORKER® product applied for, and received, a design patent for his invention.  U.S. Patent No.

2

D437,782 ("'782 patent") issued on February 20, 2001, claiming "the ornamental design for a bottle stopper, as shown and described."  A copy of the '782 patent is attached hereto as Exhibit A.  The '782 patent is valid and enforceable.

10. All right, title and interest in and to the '782 patent has been duly assigned to Vinum. Vinum is the sole owner of the '782 patent.  Prior to the assignment, Vinum was the exclusive licensee to make, have made, import, sell, and offer for sale the HALEY'S CORKER® product.

11. Vinum marks each package containing the HALEY'S CORKER® product with the patent number, to put the world on notice of Vinum's patent rights.

12. Vinum began selling the HALEY'S CORKER® in 2001 and has sold many hundreds of thousands of them since that time.

## VINUM'S INTELLECTUAL PROPERTY RIGHTS

13. The HALEY'S CORKER® product has a unique product configuration that distinguishes it from other bottle stoppers.  In particular, the HALEY'S CORKER® trade dress features the unique and distinct trade dress shown below (the "HALEY'S CORKER® Trade Dress").  The HALEY'S CORKER® Trade Dress was designed specifically to be readily distinguished by consumers from competing products on store shelves.



EXHIBIT M

The HALEY'S CORKER® Trade Dress is unique and distinctive and consists of, among other features, the strand holding the top to the body of the device, and the overall appearance of the product.

14. The distinctive features and appearance of the HALEY'S CORKER® Trade Dress serve the purpose of identifying and distinguishing the HALEY'S CORKER® product from the products of other sellers.

15. The HALEY'S CORKER® Trade Dress is an inherently distinctive symbol of great consumer goodwill.  As a result of both its inherent distinctiveness and the extensive sales and marketing of the HALEY'S CORKER® product, consumers associate such trade dress with Vinum and view that trade dress as exclusively designating the source of Vinum's HALEY'S CORKER® product.

16. The HALEY'S CORKER® Trade Dress has achieved secondary meaning.

17. The HALEY'S CORKER® Trade Dress is not functional.

**FRANMARA'S INFRINGEMENT OF VINUM'S HALEY'S CORKER® TRADE DRESS**

18. According to Franmara, it is a "manufacturer and master distributor of corkscrews, barware and wine accessories.  Franmara does not sell directly to the public.  [Its] products are available through food service distributors, advertising specialty dealers, wineries, wine distributors, wine and liquor stores, gourmet shops, mail order catalog houses and other wholesalers and retailers."

19. In or about November 2009, Frank Pat Chiorazzi, President and CEO of Franmara, contacted Vinum by email.  Mr. Chiorazzi asked for price quotes and samples of the HALEY'S CORKER® product, and represented that his company would offer the HALEY'S CORKER® product through its catalog and on its website.

EXHIBIT M

20. Vinum provided Mr. Chiorazzi with the requested information and did not hear from Franmara after the end of November 2009.

21. Recently, Vinum learned that Franmara was offering for sale a product it called Pour 'n Screen Recorker, a virtual knockoff of HALEY'S CORKER®.

22. After learning of Vinum's successful sales of the HALEY'S CORKER® product featuring the distinctive HALEY'S CORKER® Trade Dress, and fully aware of Vinum's HALEY'S CORKER® Trade Dress, Franmara began selling a product called the Pour 'n Screen Recorker, intended to mimic Vinum's HALEY'S CORKER® Trade Dress, including the strand connecting the top to the body and the overall appearance of the HALEY'S CORKER® product.

23. Franmara's Pour 'n Screen Recorker product is intentionally confusingly similar to the HALEY'S CORKER® Trade Dress, as illustrated by the comparative products depicted here:



The infringing Franmara's Pour 'n Screen Recorker product is shown on the left, the HALEY'S CORKER® product is shown on the right.

24. Franmara's mimicry of the HALEY'S CORKER® Trade Dress was intended to cause, is likely to cause, and has caused, confusion with Vinum's trade dress.  Its mimicry damages the great and valuable goodwill inherent in the HALEY'S CORKER® Trade Dress.

EXHIBIT M

25. Franmara's Pour 'n Screen Recorker product infringes the distinctive elements of the HALEY'S CORKER® Trade Dress, including without limitation, the strand that connects the top to the body and the overall appearance of the HALEY'S CORKER® product.

26. Franmara's infringement is willful, intentional, and deliberate, and conducted with the intention of trading on the goodwill and reputation of Vinum.

**COUNT ONE**

**Federal Unfair Competition (Trade Dress) Lanham Act § 43(a), 15 U.S.C. § 1125(a)**

27. Vinum restates and realleges paragraphs 1 through 26.

28. Vinum is the owner of trade dress rights in its HALEY'S CORKER® product.

29. Franmara's use of trade dress confusingly similar to Vinum's HALEY'S CORKER® Trade Dress on its Pour 'n Screen Recorker product is likely to cause confusion or to cause mistake, or to deceive as to the affiliation, connection, or association of Franmara with Vinum, or as to the origin, sponsorship, or approval of Franmara's goods, services, or commercial activities.  Such actions constitute unfair competition, false designation of origin, and palming off in violation of the Lanham Act § 43(a), 15 U.S.C. § 1125(a).

30. Franmara's actions have caused, and will continue to cause, irreparable harm to Vinum unless permanently enjoined.  Vinum has no adequate remedy at law.

31. Franmara has profited from its infringement of Vinum's trademark rights and will continue to profit from it.  Franmara's actions are causing and will cause Vinum monetary damage in amounts presently unknown but to be determined at trial.

**COUNT TWO**

**Design Patent Infringement 35 U.S.C. § 271**

32. Vinum restates and realleges paragraphs 1 through 26.

6

EXHIBIT M

33. Vinum is the owner of the '782 patent.

34. Franmara has infringed and continues to infringe the '782 patent by making, having made, importing, offering to sell and selling in the United States products, including without limitation, the Pour 'n Screen Recorker product, the design of which is covered by the '782 patent.

35. Franmara's actions have caused, and will continue to cause, irreparable harm to Vinum unless permanently enjoined.  Vinum has no adequate remedy at law.

36. Franmara has profited from its infringement of Vinum's design patent rights and will continue to profit from it.  Franmara's actions are causing and will cause Vinum monetary damage in amounts presently unknown but to be determined at trial.

37. Franmara has willfully engaged in infringement of Vinum's design patent rights.

**<u>PRAYER FOR RELIEF</u>**

WHEREFORE, Vinum Corporation requests that the Court enter judgment:

(a)      In favor of Vinum and against Franmara on all Vinum's claims;

(b)      Preliminarily and permanently enjoining and restraining Franmara, its officers, agents, subsidiaries, servants, partners, employees, attorneys, and all others in active concert or participation with it, from the manufacture, distribution, offering for sale, sale, advertising and/or promotion in the United States of products bearing the trade dress depicted in ¶13 above or bearing any other trade dress confusingly similar to Vinum's HALEY CORKER® Trade Dress, including without limitation, the Pour 'n Screen Recorker;

(c)       Preliminarily and permanently enjoining and restraining Franmara, its officers, agents, subsidiaries, servants, partners, employees, attorneys, and all others in

EXHIBIT M

active concert or participation with it, from the manufacture, importation, distribution, offering for sale, or sale, in the United States of products that infringe Vinum's design patent rights, including without limitation, the Pour 'n Screen Recorker;

(d)     Requiring Franmara to deliver up for destruction all products, labels, signs, prints, packaging, wrappers, and advertising or promotional materials in its possession or within its custody or control and any screens, files, molds, and any other item tangible or intangible used to produce such materials that bear any trade dress in violation of Vinum's rights, including without limitation, the Pour 'n Screen Recorker;

(e)     Requiring Franmara to notify its customers in writing that they are not to sell products bearing the HALEY'S CORKER® Trade Dress or infringe Vinum's design patent rights, and that said customers are to impound or return all such products to Franmara, including without limitation, the Pour 'n Screen Recorker;

(f)     Requiring Franmara to account for and pay over to Vinum, Franmara's profits and all damages sustained by Vinum;

(g)     Increasing the amount of damages and/or profits awarded Vinum as appropriate pursuant to 15 U.S.C. § 1117(a) and 35 U.S.C. §§ 284 and 289;

(h)     Awarding Vinum reasonable attorney's fees, costs, expenses, and interest pursuant to 15 U.S.C. § 1117(a) and 35 U.S.C. § 285; and

(i)     Awarding Vinum such other relief as the Court deems just and proper.

EXHIBIT M

## **<u>JURY DEMAND</u>**

Plaintiff, Vinum Corporation, demands a trial by jury on all matters and issues triable by jury.

October 4, 2011                                                       VINUM CORPORATION

By: <u>/s/ Mark K. Suri</u>

James D. Ryndak #2435942
Mark K. Suri #6199636
Eric H. Weimers #6205977
RYNDAK & SURI LLP
200 W. Madison Street
Suite 2100
Chicago, IL 60606
Phone:  312-214-7770
Fax:  312-214-7715

Attorneys for Vinum Corporation

PrestoFlex

**Categories**

Home  >  Wine Glasses  >  Wine Glasses

| Bar Accessories |
| Wine Accessories |
| Champagne Accessories |
| Corkscrews |
| Wine Decanting |
| Wine Aerator |
| Gifts for Wine Lovers |
| Bottle Stoppers & Pourers |
| Wedding Wine Favor Accessories |
| Clef du Vin |
| Wine Tote Bags & Wine Gift Bags |
| Cheese and Wine Accessories |
| Wine Glasses |
| Wine and Champagne Chillers |
| Uncorking Machines |
| Wine Racks |
| Peppermills |
| Crumb Scrapers |
| Wine Glass Charms and Markers |
| Wine Tasting Kits |
| Catering Bowls |
| Wine Books & Guides |
| Foil Removers |
| Cigar Cutters |
| Special Packaging |

**Testimonials**

John, We just wanted to thank you for the fast and

**PrestoFlex**



☆☆☆☆☆ reviews

**Item #:** 8518
**Our Price:** $2.40
**Quantity:** 1

ADD TO WISHLIST
ADD TO CART

**Your Basket**

Empty

**Hacker Safe & Secure**



**Description**

#8518 PrestoFlex

Flexible stemless wine glass.

Made of a shatterproof BPA-Free polymer.

Has a contoured finger grip at the base.

Enjoy the color and sense the bouquet of the wine as you freely swirl the wine in the clear bowl.

Great for events. Reusable, recyclable. Hand wash only.

**Reviews**

 Be the first to submit a review on this product!

Review and Rate this Item

**More Items in Wine Glasses**

**Top Sellers**



Super Tasting Wine Glass - Eastman Tritan Plastic
**SKU:** 8511
**Price:** $6.95

 add to cart



PrestoFlex
**SKU:** 8518
**Price:** $2.40

 add to cart



White Wine Glass - Acrylic - 12oz



StemGrips



Acrylic Wine Glasses - Set of 4



Stemware Racks - Acrylic



Stemware Racks - Acrylic
**SKU:** 8078
**Price:** $11.75

 add to cart

 add to cart

 add to cart

 add to cart

 add to cart

 add to cart

friendly service. We received the corkscrews yesterday. The laser personalization looks great. I hope the guys in the wedding party like them as much as we do. Thanks again, That's it!!

Thanks so much John. Everything arrived yesterday evening. I am really pleased with the order and will make sure to recommend Barparts to my friends and family!

**Read more testimonials**



| Bar Accessories | Corkscrews | Bottle Stoppers and Pourers | Wine and Champagne Chillers |
|---|---|---|---|
| Home Bar Accessories | Waiter's Corkscrews | Wine Stoppers | Uncorking Machines |
| Cocktail Shakers | Chateau Laguiole Corkscrews | Wine Pourers | Wine Racks |
| Flasks | Cepage Laguiole Corkscrews | Wedding Wine Favor Accessories | Peppermills |
| **Wine Accessories** | Pocket and Travel Corkscrews | Clef Du Vin | Crumb Scrapers |
| Wine Accessories | Automatic Corkscrews | Wine Tote Bags and Wine Gift Bags | Wine Glass Charms and Markers |
| Wine Serving Items | Two Prong Extractors | Wine Tote Bags | Wine Tasting Kits |
| Wine Savers | Wing Corkscrews | Wine Bottle Gift Bags | Catering Bowls |
| Lapel pins | Laguiole en Aubrac | Holiday Wine Gift Bags | Wine Books and Guides |
| **Champagne Accessories** | **Wine Decanting** | Cheese And Wine Accessories | Foil Removers |
| Champagne Accessories | Venatian Crystal Wine Decanters | **Wine Glasses** | Cigar Cutters |
| Champagne Savers | Wine Decanting Accessories | Wine Glasses | Special Packaging |
| | | Champagne Flutes & Martini Glasses | |
| | **Gifts for Wine Lovers** | | |

Home  |  Advanced Search  |  Ask John  |  QTY Quotes  |  FAQ  |  What Other's say  |  Contact Us  |  Wine Lover's Blog

© Copyright 2013 BarParts.com. All rights reserved.

EXHIBIT O



EXHIBIT P



EXHIBIT Q



EXHIBIT R

BRAVA MARKETING PROMOTIONS    Low Prices & Superior Service    508.497.9191    Make It Happen!

## Set Of 4 16 Oz. Prestoflex Stemless Wine Glasses

Item #YVYCJ-JEFZA

This thin, transparent glass, made of a shatterproof, BPA free polymer called PETG. It is known as a clear thermoplastic used especially for beverages and food. Has a contoured finger grip at the base. Enjoy the color and sense of bouquet of the wine as you freely swirl the wine in the clear bowl. Hand wash only. 4 3/8" H x 3 1/4" Diameter



| | |
|---|---|
| **Category:** | Drinking Glasses |
| **Colors:** | Clear |
| **Themes:** | Barware, Drinking, Restaurant |
| **Imprint:** | 3"x1 1/2". Laser engraved. Price includes 1 color, 1 location |
| **Options:** | Imprint Methods: Laser Engraved, Screen Printed (100:$9.50, 250:$9.41, 500:$8.63, 1000:$8.50, 2500:$7.76) |
| | Additional Options: Split Destination Shipments, Art Charge Per Hour, Art Charge Per 1/2 Hour |
| | Additional Options: Pre Production Proof Actual Sample (+$40.00), Copy Change (+$50.00), Screen Print Setup 1st Time (+$50.00), Pad Print Setup 1st Time (+$50.00), Hot Stamp Die Charge 1st Time (+$50.00), Glass Etch Laser 1st Time (+$50.00), Drop Stop Setup 1st Time (+$87.00), Factory Die Charge for Metal Stamping 1st Time (+$220.00) |

Page 1 of 2

EXHIBIT R

**Packaging:**    Factory boxed (printed box)

**Production Time:**    10 to 15 working days

| Quantity: | 36 | 100 | 250 | 500 | 1,000 | 2,500 |
|---|---|---|---|---|---|---|
| Pcs. Per Unit: | 4 | 4 | 4 | 4 | 4 | 4 |
| **Your Price (each):** | $10.02 | $9.87 | $9.79 | $8.98 | $8.85 | $8.07 |

Setup: $50.00.  Pricing is per unit.  Freight cost not included.

REQUEST QUOTE                                                    BACK

Minimum order size is $300.00. The best way to get more information on any item is to click the "Request Quote" button and fill out the shopping cart (Name, Phone & Fax Number, E-mail Address). This DOES NOT obligate you to purchase anything. We will contact you shortly after. Minimum order size is $300.00

Order total does not include screen/setup and freight. Additional charges may be needed for artwork revisions, proofs, or PMS color matches. Pricing and products are also subject to availability. We will contact you if product is unavailable with an alternative selection. You will be contacted personally before any order is placed to confirm your order. Our mission is to make your promotion the best it can be! We want you to get your products on time and at the best possible price!

Pricing and availability subject to change without notice.  All logos shown in product photos are for demonstration only.  Your products will have your own custom imprint.  Most pricing includes a one-color imprint.  Product data © 2013 SAGE - Quick Technologies Inc.  Information, data or designs from this website may not be copied, archived, mined, stored, captured, harvested or used in any way except in connection with use of the site in the ordinary course for its intended purpose.

EXHIBIT S





16 Oz. Pint Glass
As low as: $1.30

20 Oz. Aluminum Sports Bottle/
BPA-Free
As low as: $2.45

10 Oz. Vino2Go Tumbler
As low as: $4.81

Tritan16
As low as: $7.43

14 Oz. Chiller Double Wall Acrylic
Tumbler
As low as: $3.44

16 Oz. Mixing Glass
As low as: $1.67

10 oz Double Wall Wine Tumbler
w/ Floating Stem
As low as: $5.49

Wine 10 Oz. Tumbler
As low as: $4.61

Brazilian
As low as: $3.65

16 Oz. Sublimated Pint Glass
As low as: $3.40

16 Oz. Pint Glass
As low as: $6.37

16 Oz. Tube Tumbler Hot & Cold
Gift Set
As low as: $6.05

MORE CHOICES ARE AVAILABLE    CLICK HERE

6 | ©2002-13 JH Studios®

Home | Contact Us | Policies





Call to Order: 877-225-9339

Home | Accessories | Bags & Totes | Calendars | Drinkware | Executive Gifts | Fun | Pens        Browse | Search

Personalized Promotional Products and Gifts                    Keyword Search:        Go!
>> Promotional Drinking Glasses

# Promotional Logo Imprinted Set of 4 16 Oz. PrestoFlex Stemless Wine Glasses

**Product Code:** ZAVHJ-JEFZA

**Colors:** Clear

**Dimensions:** 4 3/8" H x 3 1/4" Diameter

**Description:** This thin, transparent glass, made of a shatterproof, BPA free polymer called PETG. It is known as a clear thermoplastic used especially for beverages and food. Has a contoured finger grip at the base. Enjoy the color and sense of bouquet of the wine as you freely swirl the wine in the clear bowl. Hand wash only. 4 3/8" H x 3 1/4" Diameter

**Imprint Area:** 3"x1 1/2"

**Production Time:** 10 to 15 working days

**Set-up charge:** $50.00

**Quantity:** 36+ - $10.66 ea.

**Select Color:** Clear


Call for best price
(877) 225-9339
Promo Code: Q7

Order

order a sample

**16 Oz. Pint Glass**          **16 Oz. Tervis Tumbler**          **20 Oz. Aluminum Sports Bottle/...**

                    

1.39 - 1.68                  11.22 - 12.88                      2.63

Promotional Barware | Promotional Drinking | Promotional Restaurant | Promotional 16 Oz. | Promotional PrestoFlex | Promotional Stemless | Promotional Wine Glass | Promotional Round | Promotional Transparent | Promotional Thin | Promotional Shatterproof | Promotional BPA Free Polymer | Promotional PETG | Promotional Thermoplastic | Promotional Contoured Finger Grip | Promotional Hand Wash | Promotional Set of 4 |

Mugs | Cups | Bags | Drinkware | NoteBook | Tumbler | Tote | Caps | Ceramic Mug | Travel Mug | Sports Bottles

© 2013 Shasta Printing and Advertising a division of Shasta Office Services • Redding, CA 96002 • 530-226-9339
Privacy Policy | Return Policy | About    93901

Page 1 of 1

EXHIBIT U

Int. Cl.: 21

Prior U.S. Cls.: 2, 13, 23, 29, 30, 33, 40 and 50

**United States Patent and Trademark Office**

Reg. No. 3,586,708
Registered Mar. 10, 2009

## TRADEMARK
### PRINCIPAL REGISTER

# GOVINO

BY THE GLASS, LLC (NEVADA LIMITED LIA-
  BILITY COMPANY)
9120 ORIOLE WAY
LOS ANGELES, CA 90069

  FOR: DRINKING VESSELS, IN CLASS 21 (U.S.
CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

  FIRST USE 2-21-2008; IN COMMERCE 2-21-2008.

  THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

  SER. NO. 77-537,004, FILED 8-1-2008.

SUSAN STIGLITZ, EXAMINING ATTORNEY

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-845-405

**Effective date of
registration:**

February 7, 2013

## Title

**Title of Work:** Govino 4-Pack Tote

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** January 1, 2009     **Nation of 1st Publication:** United States

## Author

- **Author:** Michael Roche

  **Author Created:** 2-D artwork

  **Work made for hire:** No

  **Citizen of:** United States     **Domiciled in:** United States

  **Year Born:** 1967

## Copyright claimant

**Copyright Claimant:** By The Glass, LLC

615 Hampton Drive, Loft C103, Los Angeles, CA, 90291, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Lowry Blixseth LLP

**Name:** Scott M. Lowry

**Email:** scott@lawlb.com     **Telephone:** 818-584-6460

**Address:** 23632 Calabasas Rd., Ste. 201

Calabasas, CA 91302 United States

## Certification

**Name:** Scott M. Lowry

**Date:** February 7, 2013

**Applicant's Tracking Number:** BTG-54303

EXHIBIT V

**Correspondence:**   Yes

